CLOSED

# U.S. District Court
# District of South Carolina (Florence)
# CIVIL DOCKET FOR CASE #: 4:21−cv−02034−JD

| | |
|---|---|
| Colbert v. Highland Industries Inc et al | Date Filed: 07/08/2021 |
| Assigned to: Honorable Joseph Dawson, III | Date Terminated: 03/01/2022 |
| Cause: 28:1332 Diversity−Personal Injury | Jury Demand: Both |
| | Nature of Suit: 365 Personal Inj. Prod. Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

| | | |
|---|---|---|
| **Rebecca Lynne Colbert** | represented by | **John David O'Neill**<br>Motley Rice (Ch)<br>28 Bridgeside Boulevard<br>Charleston, SC 29403<br>843−216−9629<br>Email: jdoneill@motleyrice.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Kevin R Dean**<br>Motley Rice LLC<br>28 Bridgeside Boulevard<br>Mt Pleasant, SC 29464<br>843−216−9152<br>Fax: 843−216−9430<br>Email: kdean@motleyrice.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Highland Industries Inc** | represented by | **Carmelo B Sammataro**<br>Turner Padget Graham and Laney (Col)<br>PO Box 1473<br>1901 Main Street<br>17th Floor<br>Columbia, SC 29202<br>803−227−4253<br>Fax: 803−400−1532<br>Email: ssammataro@turnerpadget.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Joyson KSS Auto Safety SA**

**Defendant**

| | | |
|---|---|---|
| **Joyson Safety Systems**<br>*formerly known as*<br>Key Safety Systems | represented by | **Carmelo B Sammataro**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Honda Motor Co Ltd**

**Defendant**

**Honda R&D Co Ltd**

**Defendant**

| | | |
|---|---|---|
| **American Honda Motor Co Inc** | represented by | **Patrick James Cleary**<br>Bowman and Brooke<br>1441 Main Street<br>Suite 1200<br>Columbia, SC 29201<br>803–726–7492<br>Email: patrick.cleary@bowmanandbrooke.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Honda Development & Manufacturing of America LLC**<br>*formerly known as*<br>Honda of America Mfg Inc | represented by | **Patrick James Cleary**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/08/2021 | Ï 1 | COMPLAINT against American Honda Motor Co Inc, Highland Industries Inc, Honda Development & Manufacturing of America LLC, Honda Motor Co Ltd, Honda R&D Co Ltd, Joyson KSS Auto Safety SA, Joyson Safety Systems (filing fee $402 receipt number 0420–9948462), filed by Rebecca Lynne Colbert. (hcic, ) (Entered: 07/09/2021) |
| 07/08/2021 | Ï 3 | Local Rule 26.01 Answers to Interrogatories with jury demand by Rebecca Lynne Colbert.(hcic, ) (Entered: 07/09/2021) |
| 07/09/2021 | Ï 4 | Summons Issued as to American Honda Motor Co Inc, Highland Industries Inc, Honda Development & Manufacturing of America LLC, Honda Motor Co Ltd, Honda R&D Co Ltd, Joyson KSS Auto Safety SA, Joyson Safety Systems. Service due by 10/7/2021. (hcic, ) (Entered: 07/09/2021) |
| 08/20/2021 | Ï 5 | ACCEPTANCE OF SERVICE OF COMPLAINT by Rebecca Lynne Colbert. American Honda Motor Co Inc served on 8/10/2021, answer due 8/31/2021; Highland Industries Inc served on 8/10/2021, answer due 8/31/2021; Honda Development & Manufacturing of America LLC served on 8/10/2021, answer due 8/31/2021; Joyson Safety Systems served on 8/10/2021, answer due 8/31/2021. (Attachments: # 1 Exhibit Highland Proof of Service, # 2 Exhibit JSS Proof of Service, # 3 Exhibit AHMC Proof of Service, # 4 Exhibit HoA Mfg.)(Dean, Kevin) (Entered: 08/20/2021) |
| 08/30/2021 | Ï 6 | MOTION to Dismiss *or Transfer Venue* by American Honda Motor Co Inc. Response to Motion due by 9/13/2021. Add an additional 3 days only if served by mail or otherwise allowed under Fed. |

| | | |
|---|---|---|
| | | R. Civ. P. 6 or Fed. R. Crim. P. 45. (Attachments: # 1 Exhibit Accident Report, # 2 Exhibit Highland Industries Website, # 3 Exhibit Declaration of Patrick Cleary, # 4 Exhibit National Judicial Caseload Profile)No proposed order.(Cleary, Patrick) (Entered: 08/30/2021) |
| 08/30/2021 | Ï 7 | NOTICE of Appearance by Patrick James Cleary on behalf of American Honda Motor Co Inc (Cleary, Patrick) (Entered: 08/30/2021) |
| 08/30/2021 | Ï 8 | Local Rule 26.01 Answers to Interrogatories by American Honda Motor Co Inc.(Cleary, Patrick) (Entered: 08/30/2021) |
| 08/31/2021 | Ï 9 | MOTION to Dismiss by Highland Industries Inc, Joyson Safety Systems. Response to Motion due by 9/14/2021. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. (Attachments: # 1 Exhibit A – Tolling Agreement, # 2 Exhibit B – Declaration of John Mosiol)No proposed order.(Sammataro, Carmelo) (Entered: 08/31/2021) |
| 08/31/2021 | Ï 10 | Local Rule 26.01 Answers to Interrogatories by Joyson Safety Systems.(Sammataro, Carmelo) (Entered: 08/31/2021) |
| 08/31/2021 | ì 11 | Local Rule 26.01 Answers to Interrogatories by Highland Industries Inc.(Sammataro, Carmelo) (Entered: 08/31/2021) |
| 09/13/2021 | ì 12 | RESPONSE in Opposition re 6 MOTION to Dismiss *or Transfer Venue* Response filed by Rebecca Lynne Colbert.Reply to Response to Motion due by 9/20/2021 Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6. (O'Neill, John) (Entered: 09/13/2021) |
| 09/13/2021 | ì 13 | RESPONSE in Opposition re 9 MOTION to Dismiss Response filed by Rebecca Lynne Colbert.Reply to Response to Motion due by 9/20/2021 Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6. (O'Neill, John) (Entered: 09/13/2021) |
| 09/20/2021 | ì 14 | REPLY to Response to Motion re 6 MOTION to Dismiss *or Transfer Venue* Response filed by American Honda Motor Co Inc. (Cleary, Patrick) (Entered: 09/20/2021) |
| 09/20/2021 | ì 15 | REPLY to Response to Motion re 9 MOTION to Dismiss Response filed by Highland Industries Inc, Joyson Safety Systems. (Attachments: # 1 Exhibit A – Declaration of John Black)(Sammataro, Carmelo) (Entered: 09/20/2021) |
| 11/08/2021 | ì 17 | MOTION for Default Judgment as to Honda Development & Manufacturing of America, LLC by Rebecca Lynne Colbert. Response to Motion due by 11/22/2021. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. (Attachments: # 1 Exhibit Proof of Service (Honda Dev.))Proposed order is being emailed to chambers with copy to opposing counsel.(O'Neill, John) (Entered: 11/08/2021) |
| 11/08/2021 | ì 18 | NOTICE of Appearance by Patrick James Cleary on behalf of Honda Development & Manufacturing of America LLC (Cleary, Patrick) (Entered: 11/08/2021) |
| 11/08/2021 | ì 19 | Local Rule 26.01 Answers to Interrogatories by Honda Development & Manufacturing of America LLC.(Cleary, Patrick) (Entered: 11/08/2021) |
| 11/08/2021 | ì 20 | First MOTION to Dismiss *or Transfer Venue* by Honda Development & Manufacturing of America LLC. Response to Motion due by 11/22/2021. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. No proposed order.(Cleary, Patrick) (Entered: 11/08/2021) |
| 11/10/2021 | ì 21 | RESPONSE in Opposition re 17 MOTION for Default Judgment as to Honda Development & Manufacturing of America, LLC Response filed by Honda Development & Manufacturing of America LLC.Reply to Response to Motion due by 11/17/2021 Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6. (Cleary, Patrick) (Entered: 11/10/2021) |

| | | |
|---|---|---|
| 11/17/2021 | 22 | REPLY to Response to Motion re 17 MOTION for Default Judgment as to Honda Development & Manufacturing of America, LLC Response filed by Rebecca Lynne Colbert. (Attachments: # 1 Exhibit Articles of Merger, # 2 Exhibit Change of Registered Agent, # 3 Exhibit Honda Entity Common Attorneys, # 4 Exhibit Article Honda Unifies Manufacturing, # 5 Exhibit CONFIDENTIAL, # 6 Exhibit CONFIDENTIAL)(O'Neill, John) (Entered: 11/17/2021) |
| 11/22/2021 | 23 | RESPONSE in Opposition re 20 First MOTION to Dismiss *or Transfer Venue* Response filed by Rebecca Lynne Colbert.Reply to Response to Motion due by 11/29/2021 Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6. (O'Neill, John) (Entered: 11/22/2021) |
| 11/29/2021 | 24 | REPLY to Response to Motion re 20 First MOTION to Dismiss *or Transfer Venue* Response filed by Honda Development & Manufacturing of America LLC. (Cleary, Patrick) (Entered: 11/29/2021) |
| 03/01/2022 | 25 | **ORDER: The Court finds that venue is improper in South Carolina, and this case is hereby transferred to the Southern District of Texas. Given this ruling, the Court declines to rule on all other outstanding motions. Signed by Honorable Joseph Dawson, III on 3/1/2022. (lgib, )** (Entered: 03/01/2022) |