IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| REBECCA LYNNE COLBERT,<br>　　Plaintiff,<br><br>- vs -<br><br>HIGHLAND INDUSTRIES, INC. ET AL,<br>　　Defendant. | §<br>§<br>§<br>§<br>§   CASE NO. 4:22-CV-00650<br>§<br>§<br>§ |

## NOTICE OF APPEARANCE

Defendants Key Safety Systems, Inc. D/B/A/ Joyson Safety Systems and Highland Industries, Inc. file this notice of appearance for Clay A. Cossé of Dykema Gossett, PLLC. Mr. Cossé respectfully requests that he be provided with copies of any and all notices given and papers required to be served on counsel in this action.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: _/s/ Clay A. Cossé_
　　　　　　　　　　　　　　　　　　**CLAY A. COSSÉ**
　　　　　　　　　　　　　　　　　　State Bar No. 24071246
　　　　　　　　　　　　　　　　　　**DYKEMA GOSSETT PLLC**
　　　　　　　　　　　　　　　　　　Comerica Bank Tower
　　　　　　　　　　　　　　　　　　1717 Main Street, Suite 4200
　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　(214) 462-6400 (Telephone)
　　　　　　　　　　　　　　　　　　(214) 462-6401 (Fax)

　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANTS**
　　　　　　　　　　　　　　　　　　**KEY SAFETY SYSTEMS, INC. D/B/A**
　　　　　　　　　　　　　　　　　　**JOYSON SAFETY SYSTEMS AND**
　　　　　　　　　　　　　　　　　　**HIGHLAND INDUSTRIES, INC.**

2

## **CERTIFICATE OF SERVICE**

I certify that on the 14th day of March, 2022, a true and correct copy of the foregoing document was served on all counsel in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

                                        */s/ Clay A. Cossé*
                                        **Clay A. Cossé**