UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REBECCA LYNNE COLBERT, | § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | CIVIL ACTION NO. 4:22-cv-00650 |
| HIGHLAND INDUSTRIES, INC., *et al.*, | | |
| *Defendants*. | | |

**NOTICE OF APPEARANCE OF COUNSEL
FOR DEFENDANTS AMERICAN HONDA MOTOR CO., INC. AND
HONDA DEVELOPMENT & MANUFACTURING OF AMERICA, LLC**

Defendants American Honda Motor Co., Inc. and Honda Development & Manufacturing of America, LLC notify the Court and parties that the following attorneys are appearing as counsel of record for the Honda Defendants:

Ben Zinnecker
State Bar No. 24066504
SD No. 1269224
bzinnecker@germer-austin.com
Ian M. Lancaster
State Bar No. 24097964
SD No. 3450424
ilancaster@germer-austin.com
GERMER BEAMAN & BROWN PLLC
One Barton Skyway
1501 South Mopac Expressway, Suite A400
Austin, Texas 78746
(512) 472-0288
(512) 472-0721 (Facsimile)

4812123

The Honda Defendants request the above-referenced counsel be added to the docket in the above-entitled matter, and the above-referenced attorneys be served with all filings, documents, and notices in this matter.

Respectfully submitted,

By: */s/ Ben Zinnecker*
    Ben Zinnecker
    State Bar No. 24066504
    SD No. 1269224
    Ian M. Lancaster
    State Bar No. 24097964
    SD No. 3450424
GERMER BEAMAN & BROWN PLLC
One Barton Skyway
1501 South Mopac Expy, Suite A400
Austin, Texas 78746
(512) 472-0288 Telephone
(512) 472-0721 Facsimile
bzinnecker@germer-austin.com
ilancaster@germer-austin.com

**ATTORNEYS FOR DEFENDANTS AMERICAN HONDA MOTOR CO., INC. AND HONDA DEVELOPMENT & MANUFACTURING OF AMERICA, LLC**

## CERTIFICATE OF SERVICE

I certify that on the 15th day of March, 2022, a copy of the foregoing document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing to all counsel of record pursuant to the Federal Rules of Civil Procedure.

*/s/ Ben Zinnecker*
Ben Zinnecker
